UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PROTECTIVE LIFE INSURANCE COMPANY,

Plaintiff,

v.

MARTHA REYES,

Defendant.

No. 2:26-cv-01084-DC-AC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 8, 16)

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On July 23, 2026, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 16. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 23, 2026, (ECF No. 16) are ADOPTED;

2. Plaintiff's June 8, 2026 motion for default judgment (ECF No. 8) is GRANTED;

3. Judgment shall be entered against Defendant, under which Protective Policy No. TU5757326 issued to Defendant is rescinded and set aside as null and void *ab initio*;

4. Plaintiff shall deposit $742.64 into the court's registry within 20 days of entry of this judgment; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dena Coggins
United States District Judge